# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REGINA A. WHITE, | ) | CASE NO. CV 03-01109 (RZ) |
| Plaintiff, | ) | |
| vs. | ) | AMENDED JUDGMENT AFTER APPEAL |
| JO ANNE B. BARNHART, Commissioner of Social Security Administration, | ) | |
| Defendant. | ) | |

In accordance with the opinion of the U.S. Court of Appeals for the Ninth Circuit, the decision of the Commissioner is reversed, and the matter is remanded to the Commissioner for reconsideration of Plaintiff's disability status after appropriate consultation with a vocational expert.

DATED: January 13, 2006

/s/
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE